■ SEVEN SIXTY TRAVEL, INC., Plaintiff, v AMERICAN MOTORISTS INSURANCE COMPANY et al., Defendants and Third-Party Plaintiffs-Appellants. BLUE TOURS INTERNATIONAL et al., Third-Party Defendants; MARTIN TREISTMAN, Third-Party Defendant-Respondent.—Appeal from an order of the Supreme Court at Special Term, entered March 21, 1979 in Albany County, which granted a motion for summary judgment and dismissed the third-party complaint against Martin Treistman. Order affirmed, with costs, on the opinion of Mr. Justice Aaron E. Klein at Special Term (98 Misc 2d 509; see, also, *Krause v American Guar. & Liab. Ins. Co.*, 22 NY2d 147, 155; *Exchange Mut. Ind. Ins. Co. v Central Hudson Gas & Elec. Co.*, 243 NY 75, 79; *Consolidated Edison Co. of N. Y. v Royal Ind. Co.*, 41 AD2d 37, 40). Mahoney, P. J., Greenblott, Sweeney, Staley, Jr., and Mikoll, JJ., concur.